UNITED STATES of America, Appellant, v. Harry Moyne BENNETT.

No. 9491.

Circuit Court of Appeals, Eighth Circuit.

April 5, 1932.

William L. Vandeventer, U. S. Atty., of Kansas City, Mo.

John P. Randolph, of St. Joseph, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of appellant and agreement of appellee, under rule 16.

■

UNITED STATES of America v. George Wharton CLARK.

No. 6826.

Circuit Court of Appeals, Ninth Circuit.

April 25, 1932.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, ordered appeal dismissed; mandate forthwith.

■

UNITED STATES of America, ex rel. Nicholas Clark ORELLANA, Relator-Appellant, v. Edward CORSI, as Commissioner of Immigration at the Port of New York, Respondent-Appellee.

No. 332.

Circuit Court of Appeals, Second Circuit.

March 21, 1932.

Francis P. Burns, of New York City, for appellant.

George Z. Medalie, U. S. Atty., of New York City (Morton Baum, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed. See United States ex rel. Claussen v. Day, 279 U. S. 398, 49 S. Ct. 354, 73 L. Ed. 758; United States ex rel. Fernandez v. Day (C. C. A. 2) 50 F.(2d) 1087, decided June 8, 1931.